█ RAND JONES, Respondent, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 34.) 
 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

█ HAL STEWART et al., Respondents, v CITY OF BUFFALO et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 35.) 
 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

█ CITY OF BUFFALO et al., Respondents, v GEORGE D. WILSON, JR., et al., Defendants, and FEDDERS CORPORATION, Appellant. (Appeal No. 36.) 
 (Appeal from Order of Supreme Court, Erie County, Doyle, J. —Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.

█ ROBERT F. COLE, Respondent, v BURNWELL GAS OF ALDEN, INC., et al., Appellants, and ROBERT F. COLE, Respondent, et al., Defendants. (And 12 Other Actions.) (Appeal No. 37.) 
 (Appeal from Order of Supreme Court, Erie County, Doyle, J.—Summary Judgment.) Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.